FILED

08 FEB 27 PM 4: 53

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 0550 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |
| NEPOMUCENO BURCIAGA, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about February 18, 2008, within the Southern District of California, defendant NEPOMUCENO BURCIAGA did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 6.90 kilograms (15.18 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CPH:fer:San Diego
2/22/08

<u>Count 2</u>

On or about February 18, 2008, within the Southern District of California, defendant NEPOMUCENO BURCIAGA did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 6.90 kilograms (15.18 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: February 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney

2